PC SCAN

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED JK
5/5/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:22-CV-2371
JUDGE THARP JR.
MAGISTRATE JUDGE KIM
PC 11 Random

JOHN GILLIAM #R02164

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

CHICAGO POLICE DEPARTMENT; CITY OF CHICAGO; CHICAGO POLICE OFFICERS, K. PILCH (#9721), AR RODRIGUEZ (#15314), IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: JOHN GILLIAM

   B. List all aliases: JOHN W. GILLIAM / JOHN N. GILLIAM

   C. Prisoner identification number: R02164

   D. Place of present confinement: ILLINOIS RIVER CORRECTIONAL CENTER

   E. Address: 1300 W. LOCUST / P.O Box 999, CANTON, ILLINOIS. 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: CHICAGO POLICE DEPARTMENT

   Title: DEPARTMENT

   Place of Employment: CITY OF CHICAGO

   B. Defendant: K. PILCH (BADGE NUMBER / #9721)

   Title: CHICAGO POLICE OFFICER

   Place of Employment: CHICAGO POLICE DEPARTMENT

   C. Defendant: ANDREW A R RODRIGUEZ (BADGE NUMBER / #15314)

   Title: CHICAGO POLICE OFFICER

   Place of Employment: CHICAGO POLICE DEPARTMENT

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __N/A__

    B. Approximate date of filing lawsuit: __N/A__

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

    D. List all defendants: __N/A__

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

    F. Name of judge to whom case was assigned: __N/A__

    G. Basic claim made: __N/A__

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

    I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON MAY 4TH, 2020 PLAINTIFF (JOHN GILLIAM) WAS STOPPED IN HIS VEHICLE WHILE DRIVING IN THE VACINITY OF 402 E. 81ST ST. IN CHICAGO, ILLINOIS. OFFICERS K. PILCH (#9721) AND AR. RODRIGUEZ (#15314) PLACED PLAINTIFF UNDER ARREST WITHOUT PROBABLE CAUSE, IN THAT, WHEN AN UNIDENTIFIED SGT., NOW BELIEVED TO BE YK IRVIN (#180), WAS ADVISED BY THE ABOVE MENTIONED OFFICERS THAT THE PLAINTIFF WAS STOPPED DUE TO AN "INVESTIGATIVE ALERT". AT THE TIME OF PLAINTIFF'S ARREST, I WAS NOT COMMITTING ANY CRIMES, DRIVING IRRATIONALLY OR HAD ANY WARRANTS, OR EXPIRED VEHICLE REGISTRATIONS.

PLAINTIFF WAS ARRESTED AFTER BEING PULLED OVER IN HIS VEHICLE; POLICE HAD GUNS DRAWN ON HIM AND THERE WAS NO REASON FOR THE STOP WHATSOEVER. FIREARMS WERE FOUND IN THE VEHICLE; BUT THIS STOP WAS MADE BASED ON AN UNCONSTITUTIONAL PRACTICE IMPLEMENTED BY THE CHICAGO POLICE DEPARTMENT

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

AND IT'S SUBORDINATE POLICE FORCE. "INVESTIGATIVE ALERTS" ARE A COMMON PRACTICE OF THE CHICAGO POLICE DEPARTMENT TO PULL OVER AND ARREST UNKNOWING INDIVIDUALS WITHOUT PROBABLE CAUSE, IN VIOLATION OF THEIR RIGHTS TO BE FREE FROM ILLEGAL SEARCHES AND SEIZURES.

(MOST OF THESE INDIVIDUALS ARE AFRICAN-AMERICAN OR OF MINORITY RACES.)

THESE "INVESTIGATIVE ALERTS" ARE BEING USED AS A PRACTICE OF THE CHICAGO POLICE DEPARTMENT IN AN ATTEMPT TO PASS THEM OFF AS A TERRY STOP.

OFFICERS PILCH AND RODRIGUEZ PULLED PLAINTIFF OVER UNDER THE GUISE THAT THERE WAS A SHOTSPOTTER REPORT; BUT THE POLICE DISPATCHER NEVER DESCRIBED THAT THERE WERE VEHICLES INVOLVED IN THIS INCIDENT WHICH WOULD WARRANT A STOP OF PLAINTIFF'S VEHICLE. THERE WAS ONLY A REPORT OF (5) FIVE SHOTS HEARD; NO DESCRIPTIONS OF CARS OR INDIVIDUAL SUSPECTS WERE DESCRIBED.

THE PROLONGED STOP OF PLAINTIFF'S VEHICLE UNCOVERED WEAPONS THAT WOULD NOT HAVE BEEN FOUND HAD IT NOT BEEN FOR THIS UNCONSTITUTIONAL ENCOUNTER BY POLICE, DURING THIS TRAFFIC STOP.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I respectfully request injunctive relief as well as actual and punitive damages

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of MAY, 2022

*John Gilliam*
(Signature of plaintiff or plaintiffs)

JOHN GILLIAM
(Print name)

R02164
(I.D. Number)

ILLINOIS RIVER CORRECTIONAL CENTER
1300 WEST LOCUST / P.O. BOX 999
CANTON, ILLINOIS. 61520.
(Address)