**PC SCAN**

## United States District Court
### Northern District of Illinois
## Prisoner Civil Cover Sheet

**FILED**
5/5/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JK

**Plaintiff(s):**  **Defendant(s):**

**County of Residence:**  **County of Residence:**

**Plaintiff's Address:**  **Defendant's Attorney:**
**Name:**

**Unit Field:**  **1:22-CV-2371**

**(Prisoner ID Field (USM# ONLY)**

**Address:**  JUDGE THARP JR.
MAGISTRATE JUDGE KIM
PC11 Random

**Basis of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff  ☐ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant  ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**  **Defendant:**

**Origin:**  ☐ 1. Original Proceeding  ☐ 5. Transferred from Other District

☐ 2. Removed from State Court  ☐ 6. MultiDistrict Litigation

☐ 3. Remanded from Appellate Court  ☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:**

**Cause of Action:**

**Jury Demand:**  ☐ Yes  ☐ No

**Signature:** _____  **Date:** _____

Rev. 02/12/2019